IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 15-08811 MCF |
| TILZA KAMALISH SANTOS SIERRA | * | CHAPTER 7 |
| <u>DEBTOR</u> | * | |

### DEBTOR'S NOTICE OF FILING OF AMENDED SCHEDULES "I" & "J"
### (OFFICIAL FORMS 106I & 106J)

**TO THE HONORABLE COURT:**

**COMES NOW, TILZA KAMALISH SANTOS SIERRA,** the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting **Amended Schedules "I " and "J"**, dated May 10, 2016, herewith and attached to this motion.

2. This amendment to Schedules "I " and "J" are filed to state debtor's current monthly income and expenses.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2-
Notice of Amended Schedules "I" & "J"
Case no. 15-08811 MCF7

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 10th day of May, 2016.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Fill in this information to identify your case:

Debtor 1: **TILZA KAMALISH SANTOS SIERRA**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (If known): **3:15-bk-8811**

Check if this is:
- ■ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:
  _____
  MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   |  | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
   | Occupation | Nurse | Accountant |
   | Employer's name | Hospital Menonita Caguas | Hospital HIMA-San Pablo |
   | Employer's address | PO Box 6660<br>Caguas, PR 00726 | Box 4980<br>Caguas, PR 00726 |
   | How long employed there? | 11 months | 1 years and 3 months |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 1,925.95 | $ 1,348.87 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 1,925.95 | $ 1,348.87 |

Official Form 106I                               Schedule I: Your Income                               page 1

Debtor 1 **SANTOS SIERRA, TILZA KAMALISH**     Case number (*if known*) **3:15-bk-8811**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here | | 4. $ | 1,925.95 | $ 1,348.87 |

5. **List all payroll deductions:**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ | 165.56 | $ 114.16 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ | 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ | 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ | 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ | 6.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ | 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ | 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: Life Ins | 5h.+ | $ | 1.50 +| $ 0.00 |
| | FAMILIAR FARM | | $ | 0.00 | $ 77.37 |
| | DISABILITY | | $ | 0.00 | $ 1.86 |
| | HC Acciones | | $ | 0.00 | $ 10.83 |
| | HC AHORROS | | $ | 0.00 | $ 36.38 |
| | 401K | | $ | 0.00 | $ 44.20 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.   $ **173.06**    $ **284.80**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.   $ **1,752.89**    $ **1,064.07**

8. **List all other income regularly received:**

   8a. Net income from rental property and from operating a business, profession, or farm
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.   $ **0.00**    $ **0.00**

   8b. Interest and dividends    8b.   $ **0.00**    $ **0.00**

   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.   $ **0.00**    $ **0.00**

   8d. Unemployment compensation    8d.   $ **0.00**    $ **0.00**

   8e. Social Security    8e.   $ **0.00**    $ **0.00**

   8f. Other government assistance that you regularly receive
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify:    8f.   $ **0.00**    $ **0.00**

   8g. Pension or retirement income    8g.   $ **0.00**    $ **0.00**

   8h. Other monthly income. Specify: Christmas Bonus $800/12    8h.+   $ **66.67**   +   $ **0.00**
   Christmas Bonus $600.00/12    $ **0.00**    $ **50.00**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.   $ **66.67**    $ **50.00**

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.   $ **1,819.56** + $ **1,114.07** = $ **2,933.63**

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify:    11.   +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and *Related Data*, if it applies    12.   $ **2,933.63**
    Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☒ No.
    ☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1: **TILZA KAMALISH SANTOS SIERRA**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (If known): **3:15-bk-8811**

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?  ☐ No

   Do not list Debtor 1 and Debtor 2.   ☒ Yes. Fill out this information for each dependent.

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 14 | ☒ Yes  ☐ No |
   | Daughter | 11 | ☒ Yes  ☐ No |
   | Son | 9 | ☒ Yes  ☐ No |
   |  |  | ☐ Yes  ☐ No |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ 0.00

   If not included in line 4:
   4a. Real estate taxes   4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance   4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses   4c. $ 0.00
   4d. Homeowner's association or condominium dues   4d. $ 80.00
5. Additional mortgage payments for your residence, such as home equity loans   5. $ 0.00

Official Form 106J                      Schedule J: Your Expenses                        page 1

Debtor 1 **SANTOS SIERRA, TILZA KAMALISH**    Case number (if known) **3:15-bk-8811**

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 130.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 80.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 311.00 |
| | 6d. Other. Specify: **Gas** | 6d. $ | 40.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 600.63 |
| 8. | **Childcare and children's education costs** | 8. $ | 220.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 90.00 |
| 10. | **Personal care products and services** | 10. $ | 95.00 |
| 11. | **Medical and dental expenses** | 11. $ | 20.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 317.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 90.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 0.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 410.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form 106I). | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | Other: Specify: **Non-Filing Spouse Expenses** | 21. +$ | 140.00 |
| | **Offering/Tithe (Debtor & Non-Filing Spouse)** | +$ | 260.00 |
| | **Barber & Beauty** | +$ | 50.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 2,933.63 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 2,933.63 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 2,933.63 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 2,933.63 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.   Explain here:

Official Form 106J    Schedule J: Your Expenses    page 2

Fill in this information to identify your case:

Debtor 1: **TILZA KAMALISH SANTOS SIERRA**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): 3:15-bk-8811

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ _____   X _____
**TILZA KAMALISH SANTOS SIERRA**              Signature of Debtor 2
Signature of Debtor 1

Date May 10, 2016                              Date _____

```
Label Matrix for local noticing         FIRSTBANK PR                            UNITED STATES TRUSTEE
0104-3                                   RAFAEL GONZALEZ VALIENTE ESQ           500 TANCA ST STE 301
Case 15-08811-MCF7                       PO BOX 9022512                         SAN JUAN, PR 00901-1922
District of Puerto Rico                  SAN JUAN, PR 00902-2512
Old San Juan
Tue May 10 14:29:58 AST 2016

US Bankruptcy Court District of P.R.     AAA                                    AEE
Jose V Toledo Fed Bldg & US Courthouse   604 Barbosa Ave.                       PO Box 363508
300 Recinto Sur Street, Room 109         Hato Rey, PR 00917-4388                San Juan, PR 00936-3508
San Juan, PR 00901-1964


ASOC DE PROP DE PALMA ROYALE INC         ASOCIACION DE PROPIETARIOS             Att Services
PO BOX 4133                              DE PALMA ROYALE INC                    103 Ortegon St
BAYAMON, PR 00958-1133                   PO BOX 4069                            Guaynabo, PR 00966-2505
                                         BAYAMON PR 00958-1069


BANCO POPULAR DE PUERTO RICO             Cintron Flores Law Offices             Empresas Berrios Inc
BANKRUPTCY DEPARTMENT                    PO Box 4133                            P.o. Box 674
PO BOX 366818                            Bayamon, PR 00958-1133                 Cidra, PR 00739-0674
SAN JUAN PR 00936-6818


Fia Card Services  N.a. / Bank           Firstbank Puerto Rico                  Frau & Asociados
120 Corporate Blvd Ste 1                 PO Box 9146                            PO Box 331150
Norfolk, VA 23502-4962                   San Juan, PR 00908-0146                Ponce, PR 00733-1150


Hsbc Bank Nevada  N.a.                   ILCA COLLECTION AGENCY INC             LVNV Funding, LLC its successors and assigns
2365 Northside Dr Ste 30                 PO BOX 362211                          assignee of North Star Capital
San Diego, CA 92108-2709                 SAN JUAN, PR 00936-2211                Acquisition LLC
                                                                                Resurgent Capital Services
                                                                                PO Box 10587
                                                                                Greenville, SC 29603-0587

Midland Credit Management, Inc. as agent for   Midland Funding                  Portfolio Recovery Ass
Midland Funding LLC                      2365 Northside Dr Ste 30               120 Corporate Blvd Ste 1
PO Box 2011                              San Diego, CA 92108-2709               Norfolk, VA 23502-4962
Warren, MI 48090-2011


MONSITA LECAROZ ARRIBAS                  NOREEN WISCOVITCH RENTAS               ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)           PMB 136                                PO BOX 186
OCHOA BUILDING                           400 CALAF STREET                       CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301              SAN JUAN, PR 00918-1314
SAN JUAN, PR 00901


TILZA KAMALISH SANTOS SIERRA             End of Label Matrix
URB PALMA ROYALE                         Mailable recipients    24
133 RUBELINI STREET                      Bypassed recipients     0
LAS PIEDRAS, PR 00771-3469               Total                  24
```