United States Bankruptcy Court
District of Puerto Rico

In re:  
TILZA KAMALISH SANTOS SIERRA  
    Debtor

Case No. 15-08811-MCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0104-3     User: romoj     Page 1 of 1     Date Rcvd: May 09, 2016  
                     Form ID: odtc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2016.
```
db             +TILZA KAMALISH SANTOS SIERRA,    URB PALMA ROYALE,    133 RUBELINI STREET,
                 LAS PIEDRAS, PR 00771-3469
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2016                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2016 at the address(es) listed below:
```
              MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              NOREEN   WISCOVITCH RENTAS    courts@nwr-law.com, nwiscovitch@ecf.epiqsystems.com
              RAFAEL A GONZALEZ VALIENTE    on behalf of Creditor    FIRSTBANK PR rgv@g-glawpr.com,
               zi@g-glawpr.com
              ROBERTO   FIGUEROA CARRASQUILLO    on behalf of Debtor TILZA KAMALISH SANTOS SIERRA
               cmecf@rfclawpr.com, cmecf.rfclawpr@gmail.com
              UNITED STATES TRUSTEE    ustpregion21.hr.ecf@usdoj.gov
```
                                                                                                                      TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**TILZA KAMALISH SANTOS SIERRA**
**aka TILZA K SANTOS**

**xxx−xx−3637**

Debtor(s)

Case No. **15−08811 MCF**

Chapter **7**

**FILED & ENTERED ON 5/9/16**

### ORDER DISCHARGING TRUSTEE AND RELEASING HIS BOND

The instant case was converted to Chapter 7 on 3/31/16. The Chapter 13 Trustee has rendered a final report of his administration on 4/4/16. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon released from further liability thereunder.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, May 9, 2016 .

Mildred Caban Flores
United States Bankruptcy Judge