## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE:<br>**TILZA KAMALISH SANTOS SIERRA**<br>xxx–xx–3637<br>               Debtor(s)<br><br>**FIRSTBANK PR**<br>               Movant<br><br>**TILZA KAMALISH SANTOS SIERRA**<br>**NOREEN WISCOVITCH RENTAS**<br><br>             **Respondant(s)** | Case No. **15–08811**<br><br>Chapter **7**<br><br><br><br>FILED & ENTERED ON 6/8/16 |

### *ORDER*

Upon respondent's failure to timely reply and oppose the motion for relief of stay filed by FIRSTBANK PR, as required by Rule 4001 of the Federal Rules of Bankruptcy Procedure and PR LBR 4001–1(e), it is now,

ORDERED that the motion for relief of stay filed by FIRSTBANK PR, docket entry #33, be and is hereby granted by default.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, June 8, 2016 .

                                                                Mildred Caban Flores
                                                            United States Bankruptcy Judge