United States Bankruptcy Court
District of Puerto Rico

In re:  
TILZA KAMALISH SANTOS SIERRA  
    Debtor

Case No. 15-08811-MCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0104-3        User: aguayob        Page 1 of 1        Date Rcvd: Jun 08, 2016  
                            Form ID: olsf        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2016.  
db          +TILZA KAMALISH SANTOS SIERRA,   HC 04 BOX 8604,   CANOVANAS, PR 00729-9778

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2016                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2016 at the address(es) listed below:  
          AIMEE I LOPEZ PABON   on behalf of Creditor   FIRSTBANK PR al@g-glawpr.com,  
           lcda.lopezpabon@gmail.com;zi@g-glawpr.com  
          FAUSTO DAVID GODREAU ZAYAS   on behalf of Creditor   FIRSTBANK PR dg@g-glawpr.com  
          MONSITA  LECAROZ ARRIBAS   ustpregion21.hr.ecf@usdoj.gov  
          NOREEN  WISCOVITCH RENTAS   courts@nwr-law.com, nwiscovitch@ecf.epiqsystems.com  
          RAFAEL A GONZALEZ VALIENTE   on behalf of Creditor   FIRSTBANK PR rgv@g-glawpr.com,  
           zi@g-glawpr.com  
          ROBERTO  FIGUEROA CARRASQUILLO   on behalf of Debtor TILZA KAMALISH SANTOS SIERRA  
           cmecf@rfclawpr.com, cmecf.rfclawpr@gmail.com  
          UNITED STATES TRUSTEE   ustpregion21.hr.ecf@usdoj.gov  
                                                                                                                TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**TILZA KAMALISH SANTOS SIERRA**<br>xxx−xx−3637<br>　　　　　　Debtor(s)<br><br>**FIRSTBANK PR**<br>　　　　　　Movant<br><br>**TILZA KAMALISH SANTOS SIERRA**<br>**NOREEN WISCOVITCH RENTAS**<br>　　　　　　Respondant(s) | Case No. **15−08811**<br><br>Chapter **7**<br><br><br><br><br><br>FILED & ENTERED ON 6/8/16 |

### *ORDER*

Upon respondent's failure to timely reply and oppose the motion for relief of stay filed by FIRSTBANK PR, as required by Rule 4001 of the Federal Rules of Bankruptcy Procedure and PR LBR 4001−1(e), it is now,

ORDERED that the motion for relief of stay filed by FIRSTBANK PR, docket entry #33, be and is hereby granted by default.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, June 8, 2016 .

　　　　　　　　　　　　　　　　　　　　Mildred Caban Flores
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge